1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE MARTIN ZATARAIN,<br><br>    Defendant. | CASE NO.:   21CR2918-JLS<br><br>Hon. Janis L. Sammartino<br><br>ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for November 19, 2021, be continued to **December 17, 2021 at 1:30 p.m.**  The Court finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED.

Dated:  November 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge